IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs                                                         CR NO. **2:20-527**

**Abraham Elijah Jenkins**

## PLEA

The defendant, **Abraham Elijah Jenkins**, acknowledges receipt of a copy of the **Information** and after arraignment pleads **GUILTY** to the **Information** in open court.

                         _/s/     for Abraham Jenkins_
                               (Signed) Defendant

Charleston, South Carolina

October 1, 2020