AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Abraham Elijah Jenkins | ) Case No. 2:20-cr-00527-RMG-1 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Abraham Elijah Jenkins,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Failed to comply with Location Monitoring Program rules:
On April 24, 2021, duty USPO received an Unauthorized Leave alert at 10:30 PM. Attempts to reach the defendant were initially unsuccessful. According to the defendant's fiancee, the defendant had left his residence after a verbal disagreement. The defendant ulitmately texted USPO VanDyke that he was at a hotel, and that his phone was broken. The defendant was directed to return to his approved residence, and as of the issuance of this warrant, he has not done so.

Date: 04/25/2021 @12:47am

/S/ Mary Gordon Baker; authorized by phone; JNB
*Issuing officer's signature*

City and state: Charleston, SC

Mary Gordon Baker, US Magistrate
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*